# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| KASSANDRE CLAYTON, et al. | Case No. 3:21-01058-JFA |
| Plaintiffs, | MDL No. 2972 |
| v. | |
| BLACKBAUD, INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2) and Case Management Order No. 30 (Case No. 3:20-mn-02972-JFA, ECF No. 541, ¶ 1), Plaintiff Theresa Welsh hereby gives notice that her claims in the above-captioned action (Case No. 3:21-01058-JFA) are voluntarily dismissed without prejudice solely as to her claims, and without prejudice as to her ability to submit a claim as an absent class member in the event of a future recovery in this litigation, and without costs to any party.

Dated: February 4, 2025                              Respectfully submitted,

                                                     **MOTLEY RICE LLC**

                                                     */s/ Marlon E. Kimpson*
                                                     Marlon E. Kimpson (SC Bar. No. 17042)
                                                     28 Bridgeside Boulevard
                                                     Mount Pleasant, SC 29464
                                                     Tel: (843) 216-9000
                                                     Fax: (843) 216-9027
                                                     Email: mkimpson@motleyrice.com

                                                     **DiCELLO LEVITT LLP**

                                                     */s/ Amy E. Keller*
                                                     Amy E. Keller
                                                     Ten North Dearborn Street, Sixth Floor
                                                     Chicago, IL 60602
                                                     Tel: (312) 214-7900
                                                     Fax: (312) 253-1443
                                                     Email: akeller@dicellolevitt.com

                                                     **SUSMAN GODFREY LLP**

                                                     */s/ Krysta K. Pachman*
                                                     Krysta K. Pachman
                                                     1900 Avenue of the Stars, Suite 1400
                                                     Los Angeles, CA 90067
                                                     Tel: (310) 789-3100
                                                     Fax: (310) 789-3150
                                                     Email: kpachman@susmangodfrey.com

                                                     **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP**

                                                     */s/ Harper T. Segui*
                                                     Harper T. Segui
                                                     (SC Bar No. 77730, Federal ID No. 10841)
                                                     825 Lowcountry Blvd., Suite 101
                                                     Mount Pleasant, SC 29464
                                                     Tel: (919) 600-5000
                                                     Fax: (919) 600-5035
                                                     Email: hsegui@milberg.com

                                                     *Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was filed using this Court's CM/ECF service, which will send notice of such filing to all counsel of record this 4th day of February 2025.

*/s/ Marlon E. Kimpson*

3