UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| IN RE: BLACKBAUD, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates to:*<br><br>KASSANDRE CLAYTON, KATHLEEN ARMAN, SONYA GARCIA-MARTINEZ, JOSEPH FRONTERA, ANGELA MAHER, RALPH PERAGRINE, MICHELE PERTTIFORD, THERESA WELSH, LATRICA FORD, CLIFFORD SCOTT, ROBERT WATTS, JR., JASON MONEY, NICOLE MONEY<br><br>            Plaintiffs,<br><br>v.<br><br>BLACKBAUD, INC.,<br><br>            Defendant. | Case No. 3:20-mn-02972-JFA<br><br>MDL No. 2972<br><br><br><br>Case No. 3:21-cv-1058-JFA |

**STIPULATION OF DISMISSAL**

Pursuant to the terms of the confidential settlement agreement reached between Plaintiffs and Defendant Blackbaud, Inc., IT IS HEREBY STIPULATED AND AGREED by the parties and their undersigned counsel that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-referenced case is dismissed with prejudice.

1

Dated:   September 15, 2025                    Respectfully submitted,

**MOTLEY RICE LLC**

*/s/ Marlon E. Kimpson*
Marlon E. Kimpson (SC Bar No. 17042)
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Tel.: (843) 216-9000
Fax: (843) 216-9027
Email: mkimpson@motleyrice.com

**LEE SEGUI, PLLC**
Harper T. Segui
825 Lowcountry Blvd., Suite 101
Mount Pleasant, SC 29464
Tel: (843) 790-6520
Email: hsegui@leesegui.com

**DiCELLO LEVITT GUTZLER LLC**
Amy E. Keller
Ten North Dearborn Street, 6th Floor
Chicago, IL 60602
Tel: (312) 214-7900
Email: akeller@dicellolevitt.com

**SUSMAN GODFREY LLP**
Krysta K. Pachman
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
Email: kpachman@susmangodfrey.com

*Co-Lead Counsel for Plaintiffs*

**BURR & FORMAN, LLP**

*/s/ Celeste T. Jones*
Celeste T. Jones (Fed. ID # 2225)
1221 Main Street, Suite 1800
Columbia, SC 29201
Tel: 803-799-9800
Fax: 803-753-3278
Email: CTJones@burr.com

2

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr.
100 Spectrum Center Dr., Suite 1500
Irvine, CA 92618
Tel: 949-622-2722
Fax: 949-622-2739
Email: ron.raether@troutman.com

*Counsel for Blackbaud, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via this Court's CM/ECF service, which will send notification of such filing to all counsel of record this 15th day of September 2025.

> */s/ Celeste T. Jones*
> Celeste T. Jones